W. W. Huff v. Allen Bowlby *et al.*
No. 13,148. ( 72 Pac. 1099.)

Error from Cherokee district court; A. H. Skidmore,
judge. Opinion filed May 9, 1903. Affirmed.

*S. E. Cheeseman,* for plaintiff in error.
*E. W. Cantrell,* for defendants in error.

*Per Curiam:* There was no prejudicial error committed
in the trial of this cause, and no questions presented that
require special consideration. The judgment of the court
below is affirmed.

---

A. B. Mayfield v. George Abbott.
No. 12,724. ( 72 Pac. 1100.)

Error from Saline district court; R. F. Thompson,
judge. Opinion filed June 6, 1903. Affirmed.

*J. G. Mohler,* and *A. L. Taylor,* for plaintiff in error.
*R. A. Lovitt,* for defendant in error.

*Per Curiam:* On a claim for professional services as a
physician and surgeon the judgment was in favor of the
defendant. No complaint is made by plaintiff of rulings
in submitting the case to the jury, and the only objection
made by him is to the sufficiency of the testimony. An
examination of the evidence satisfies us that there was
enough testimony to take the case to the jury and to sup-
port the verdict.

Burch, J., not sitting.